IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00088-RM-MEH

RS CONSTRUCTION & DEVELOPMENT, INC., a Colorado corporation,
ROBERT ORMSTON, and
SCOTT HENTE,

     Plaintiffs,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 25, 2014**.

     In light of the Notice of Settlement filed by the parties, Defendant's Motion to Join Indispensable Parties (Underlying Homeowners) as Plaintiffs [filed May 12, 2014; docket #14] is **denied without prejudice**.  The parties shall file dismissal papers with the Court on or before July 25, 2014.